IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:97-CR-39-5-BO

| | |
|---|---|
| RODNEY CANNADY, <br> Petitioner, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br> Respondent. | ) <br> ) <br> ) <br> )    **ORDER** <br> ) <br> ) <br> ) |

This cause comes before the Court on petitioner's motion to have plea agreement unsealed and motion to unseal his plea agreement. [DE 238; 239]. Petitioner also requests a copy of his plea agreement at no cost. The government takes no position as to the unsealing of the plea agreement, but opposes the provision of a copy to petitioner at no cost. [DE 243].

The record does not reflect that petitioner's plea agreement [DE 40] was filed under seal in this case, and his motions to unseal are therefore DENIED AS MOOT. *See also* 09-SO-02 (E.D.N.C. Feb. 12, 2010) (directing the clerk to file all plea agreements entered *after* August 28, 2009, in such a manner that there is no *remote* electronic public access). The clerk is DIRECTED to provide to petitioner one copy of his plea agreement at no cost.

SO ORDERED, this _8_ day of February, 2018.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE